

Avik K. Ganguly, Esq.
avik@gangulylaw.com

Anjan K. Ganguly, Esq.
anjan@gangulylaw.com

Roman A. Misula, Esq.
roman@gangulylaw.com

Joseph M. Jackling, esq.
joey@gangulylaw.com

Diane M. Cunning
Paralegal
diane@gangulylaw.com

The Park at Allens Creek, 140 Allens Creek Road, Suite 220 Rochester, New York 14618
Phone No. (585) 232-7747 • Fax No. (585) 219-8319

November 3, 2022

Mary C. Lowenguth
Clerk of the Court
U.S. District Court for the
Western District of New York
2 Niagara Square
Buffalo, NY 14202-3498

Re: Related Cases - His Tabernacle Family Church, Inc. V. Nigrelli and Hardaway v. Nigrelli, Case No. 22-CV-771 (JLS)

Ms. Lowenguth:

   Concurrent with our filing of His Tabernacle Family Church, Inc. v. Nigrelli, Case No.: 22-CV-06486, please accept this letter pursuant to L.R. Civ. P. 5.1(e). Our filing arises out of a challenge the implementation of N.Y. Penal Law § 265.01-e(1)-(2)(c). Specifically, Plaintiffs allege that the State of New York violates the First, Second, and Fourteenth Amendments to the U.S. Constitution by singling out houses of worship for disfavored treatment with a total ban on firearms while allowing comparable secular organizations to establish their own policies concerning the carrying of firearms on their premises.

   Hardaway v. Nigrelli, Case No.: 22-CV-771, arises out of similar facts related to houses of worship and religious leaders, targets the implementation of the same law, and shares a common defendant. To avoid unnecessary duplication of judicial effort, the undersigned request that you transmit this notification to the Honorable John L. Sinatra, Jr., to whom Hardaway is assigned.

Best Regards,

*Anjan K. Ganguly*

Anjan K. Ganguly, Esq.


cc:     Client - File