UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HIS TABERNACLE FAMILY CHURCH, INC. and MICHEAL SPENCER,<br><br>*Plaintiffs*,<br><br>v.<br><br>STEVEN A. NIGRELLI, Acting Superintendent of the New York State Police, in his official and individual capacities; WEEDEN A. WETMORE, District Attorney for the County of Chemung, New York, in his official and individual capacities; and MATTHEW VAN HOUTEN, District Attorney for the County of Tompkins, New York, in his official and individual capacities,<br><br>*Defendants*. | Case No. 6:22-cv-06486 |

## NOTICE OF AND MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a) and the Local Rules of this District, Plaintiffs Micheal Spencer and His Tabernacle Church, Inc. (the "Church") move this Court for a Preliminary Injunction barring Defendants, in their official capacities, as well as their officers, agents, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of the Order, from implementing or enforcing S51001, codified at N.Y. Penal Law §265.01-e, against Pastor Spencer, the Church, its members, or their agents and licensees.

This Motion is based upon all the files, records, and proceedings herein, including the accompanying memorandum of law and supporting declarations. Plaintiffs request that the Court require no security because Defendants will suffer no injury from the issuance of a preliminary injunction.

Dated: November 8, 2022

Respectfully submitted,

/s/ Anjan K. Ganguly

| | |
|---|---|
| DAVID J. HACKER | ANJAN K. GANGULY |
| JEREMY DYS* | GANGULY BROTHERS, PLLC |
| KEISHA RUSSELL | 140 Allens Creek Road |
| RYAN GARDNER* | Suite 220 |
| FIRST LIBERTY INSTITUTE | Rochester, NY 14618 |
| 2001 West Plano Parkway | (585) 232-7747 |
| Suite 1600 | |
| Plano, TX 75075 | ERIN E. MURPHY* |
| (972) 941-4444 | ANDREW C. LAWRENCE* |
| | TREVOR W. EZELL* |
| JORDAN E. PRATT* | NICHOLAS M. GALLAGHER* |
| FIRST LIBERTY INSTITUTE | CLEMENT & MURPHY, PLLC |
| 227 Pennsylvania Avenue S.E. | 706 Duke Street |
| Washington, D.C. 20003 | Alexandria, VA 22314 |
| (972) 941-4444 | (202) 742-8900 |

*Applications for admission *pro hac vice* pending.

*Counsel for Plaintiffs*