# Ganguly BROTHERS PLLC
### ATTORNEYS AND COUNSELORS AT LAW

The Park at Allens Creek, 140 Allens Creek Road, Suite 220, Rochester, New York 14618
Phone No. (585) 232-7747 • Fax No. (585) 219-8319

Avik K. Ganguly, Esq.
avik@gangulylaw.com

Anjan K. Ganguly, Esq.
anjan@gangulylaw.com

Roman A. Misula, Esq.
roman@gangulylaw.com

Joseph M. Jackling, Esq.
joey@gangulylaw.com

Diane M. Cunning
Paralegal
diane@gangulylaw.com

November 9, 2022

**Via Electronic Filing**

Hon. John L. Sinatra, Jr.
U.S. District Court, WDNY
2 Niagara Square
Buffalo, New York 14202

      **RE:**    **Spencer, et al. v. Nigrelli, et al.**
                  **6:22-cv-06486-JLS**

Dear Judge Sinatra:

      I am writing in regard to the court's November 8, 2022 Text Order in the above-referenced matter. That order directs that the plaintiffs' pending Motion for Preliminary Injunction be served on defendants by today, and that proof of service be filed by tomorrow.

      The Summonses, Complaint, and Motion for Preliminary Injunction were sent to our process server to be served on the defendants in Albany, Elmira, and Ithaca respectively. I subsequently sent the process server a copy of the court's Text Order to also be served, and asked that they "put a rush on it."

      This afternoon, my office reached out to the process server to confirm whether the documents had been served. We are awaiting their response. Also, we are sending the documents to the defendants via overnight delivery. However, I do not believe we will meet the court's deadline to effect formal service of process.

I would respectfully request that the court extend the deadline to serve the motion and file proof of service till Monday November 14, 2022.

I appreciate the court's consideration of this request. Please do not hesitate to contact me should the court have any questions or require anything further at this time.

Best Regards,

*Anjan K. Ganguly*

Anjan K. Ganguly

cc. Steven A. Nigrelli
    Acting Superintendent
    New York State Police
    1220 Washington Ave.
    Bldg. 22
    Albany NY, 12226.

    Weeden A. Wetmore, Esq.
    Chemung County District Attorney
    226 Lake St.
    Elmira, NY 14901

    Matthew Van Houten, Esq.
    Tompkins County District Attorney
    320 N. Tioga St.
    Ithaca, NY 14850