

# COUNTY OF CHEMUNG
## LAW DEPARTMENT

167 Lake Street
Elmira, NY 14902
Phone: (607) 737-2982
Fax:    (607) 737-0351
(service of process not accepted via FAX)

www.chemungcountyny.gov

M. Hyder Hussain
COUNTY ATTORNEY

James DeFilippo
Kathryn Hansen
Mark Smith
Damian Sonsire
Jeffrey Walker
ASSISTANT COUNTY ATTORNEYS

11/29/2022

**Via ECF**

Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York

      Re: Spencer, et al. v. Nigrelli, et al.
      Case No. 22-cv-06486

Dear Hon. Judge Sinatra,

      This office represents Defendant Weeden Wetmore, District Attorney for the County of Chemung, in the above referenced action. On behalf of Mr. Wetmore, the undersigned requests this Court to extend the date for him to answer or otherwise respond to the Complaint until 14 days after the Court issues a decision on Plaintiffs' motion for a preliminary injunction (ECF Docket No. 13). This is the same extension as was requested by and granted to Defendant, Nigrelli this morning (See ECF Docket No. 35).

      Plaintiffs' counsel, Anjan K. Ganguly, indicated via email this morning that he did not object to this request for this defendant, nor did he object to the same request made on behalf of the other remaining Defendant, Tompkins County District Attorney, Matthew Van Houten.

      Accordingly, we request that this extension be so ordered as to the remaining Defendants.

                                                          Very Truly Yours,

                                                        Jeffrey Walker
                                                        Asst. Chemung County Attorney
                                                        607-873-1535