UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

HIS TABERNACLE FAMILY CHURCH, INC. and
MICHEAL SPENCER,

                Plaintiffs,

**AFFIRMATION**

Case No. 22-cv-06486

STEVEN A. NIGRELLI, Acting Superintendent
of the New York State Police, in his official and
individual capacities; WEEDEN A. WETMORE,
District Attorney for the Count of Chemung,
New York, in his official and individual capacities; and
MATTHEW VAN HOUTEN, District Attorney for
the County of Tompkins, New York, in his official
and individual capacities,

                Defendants.

---

William J. Troy III, hereby affirms under penalty of perjury as follows:

1.    I am an attorney admitted to practice law in the State of New York. I am admitted to practice law before this Court, having been admitted to this Court's bar on April 30, 1991.

2.    I represent defendant Matthew Van Houten. Annexed hereto is a copy of defendant Van Houten's affidavit.

3.    It is clear that the Tompkins County District Attorney has no intent to enforce the statute now at issue in this case.

4.    Defendant Van Houten thus requests that this Court deny the application for a preliminary injunction as to him.

Dated: Ithaca, New York
        December 6, 2022

                                              William J. Troy III
                                              Tompkins County Attorney