

# COUNTY OF CHEMUNG
## LAW DEPARTMENT

167 Lake Street
Elmira, NY 14902
Phone: (607) 737-2982
Fax: (607) 737-0351
(service of process not accepted via FAX)

www.chemungcountyny.gov

M. Hyder Hussain
COUNTY ATTORNEY

James DeFilippo
Kathryn Hansen
Mark Smith
Damian Sonsire
Jeffrey Walker
ASSISTANT COUNTY ATTORNEYS

12/7/2022

**Via ECF**

Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York

      Re: Spencer, et al. v. Nigrelli, et al.
      Case No. 22-cv-06486

Dear Hon. Judge Sinatra,

      This office represents Defendant Weeden Wetmore, District Attorney for the County of Chemung, in the above referenced action. We are submitting an affidavit, affirmation, and memorandum of law with respect to the pending motion for a preliminary injunction.

      On behalf of Mr. Wetmore, the undersigned requests this Court to please permit our office to appear virtually or via telephone for the preliminary injunction hearing / argument, now set for December 22, 2022 at 9:30 as per ECF Docket No. 30. Upon review, there are multiple other time-sensitive appearances that the attorneys are already covering on the same date.

      If this is agreeable, we would ask this letter to be so ordered. We are available to discuss this request at the status conference now set for December 19, 2022 at 2:30 PM.

Very Truly Yours,

Jeffrey Walker
Asst. Chemung County Attorney
607-873-1535