

**Tompkins County Attorney**
125 East Court Street
Ithaca, NY 14850
Phone: (607) 274-5546
Fax: (607) 274-5547
*"Inclusion Through Diversity"*

December 8, 2022

Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson US Courthouse
2 Niagara Square
Buffalo, New York 14202

RE:   Spencer, et al. v. Nigrelli, et al.
      Case No. 22-cv-06486

Dear Judge Sinatra:

This office represents Defendant Matthew Van Houten, District Attorney for the County of Tompkins in the above-referenced action.

I have reviewed the letter submitted to Your Honor by Jeffrey Walker, Esq., regarding a desire to appear virtually or by telephone for the preliminary injunction hearing/argument on December 22, 2022 at 9:30. On behalf of Mr. Van Houten and myself, I would respectfully request that if the Court were to permit Mr. Walker to appear in such fashion that I may be granted the same courtesy.

As Mr. Walker suggested in his letter, if this is agreeable, I ask this letter to be so ordered.

Very truly yours,

*William J. Troy III*

William J. Troy III
County Attorney