UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| HIS TABERNACLE FAMILY CHURCH, INC. and MICHEAL SPENCER | |
| Plaintiffs, | **NOTICE OF APPEAL** |
| vs. | |
| STEVEN A. NIGRELLI, Acting Superintendent of the New York State Police, in his official and individual capacities; WEEDEN A. WETMORE, District Attorney for the County of Chemung, New York, in his official and individual capacities; and MATTHEW VAN HOUTEN, District Attorney for the County of Tompkins, New York, in his official and individual capacities. | Case No. 6:22-cv-06486 |
| Defendants. | |

---

PLEASE TAKE NOTICE that Defendant Steven A. Nigrelli, sued in his official capacity as Acting Superintendent of the New York State Police, hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order entered in this matter on December 29, 2022 (ECF No. 56). The appeal is from each and every aspect of that order.

Dated:   December 30, 2022
         Buffalo, New York

                                              LETITIA JAMES
                                              Attorney General of the State of New York
                                              Attorney for Defendants
                                              BY: */s/ Daniel R. Maguire*
                                              Daniel R. Maguire
                                              Assistant Attorney General of Counsel
                                              Main Place Tower, Suite 300A
                                              350 Main Street
                                              Buffalo, NY 14202
                                              (716) 853-8419
                                              Daniel.Maguire@ag.ny.gov