

## COUNTY OF CHEMUNG
### LAW DEPARTMENT

167 Lake Street
Elmira, NY 14902
Phone: (607) 737-2982
Fax:    (607) 737-0351
(service of process not accepted via FAX)

www.chemungcountyny.gov

M. Hyder Hussain
COUNTY ATTORNEY

James DeFilippo
Kathryn Hansen
Mark Smith
Damian Sonsire
Jeffrey Walker
ASSISTANT COUNTY ATTORNEYS

1/3/2023

**Via ECF**

Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York

> Re: Spencer, et al. v. Nigrelli, et al.
> Case No. 22-cv-06486

Dear Hon. Judge Sinatra,

Happy new year. As you are aware, the preliminary injunction granted in this matter has been stayed pending appeal to the Second Circuit. You may also be aware that Justice Sotomayor has requested an emergency briefing from the State in regards to the related *Antonyuk* case. (https://www.supremecourt.gov/docket/docketfiles/html/public/22A557.html)

Pending the conclusion of these related appeals, the undersigned is respectfully requesting the date for all Defendants to answer or otherwise respond to the Complaint now be further extended until 14 days after the conclusion of the appeals in these and the related matters.

I asked via email of Plaintiffs' counsel, Anjan Ganguly, on both 12/28 and 12/30 via email if he would object to this request, but I have received no response.

If you agree that this is an acceptable extension, I would ask that this request be "so ordered" as to all defendants. Please advise, as I calculate our responses at this time to be due on or about: 1/12/2023.

Very Truly Yours,

Jeffrey Walker
Asst. Chemung County Attorney
607-873-1535