

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
BUFFALO REGIONAL OFFICE

December 15, 2023

**Via ECF**
Hon. John L. Sinatra, Jr.
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York

Re:  Spencer, et al. v. Nigrelli, et al.
     Case No. 22-cv-06486

Dear Judge Sinatra,

On December 8, 2023, the Second Circuit issued an opinion upholding this Court's preliminary injunction prohibiting the Defendants' from enforcing the Places of Worship provision of the CCIA against Plaintiffs.  According to this Court's order, the Defendants time to answer the Complaint began running once the Second Circuit issued this ruling. (ECF No. 61).  The current deadline to answer is December 22, 2023.  Defendant Nigrelli requests that the Court extend the date for him to answer or otherwise respond to January 26, 2024. I have spoken with Plaintiffs' counsel and they do not object to this request.

Respectfully Yours,

/s/ Daniel R. Maguire

Daniel R. Maguire
Assistant Attorney General
Buffalo Regional Office
Telephone:  (716) 853-8419

DJM/aen