

Avik K. Ganguly, Esq.
avik@gangulylaw.com

Anjan K. Ganguly, Esq.
anjan@gangulylaw.com

Roman A. Misula, Esq.
roman@gangulylaw.com

Diane m. Cunning
Paralegal
diane@gangulylaw.com

The Park at Allens Creek, 140 Allens Creek Road, Suite 220 Rochester, New York 14618
Phone No. (585) 232-7747 • Fax No. (585) 219-8319

January 26, 2024

**Via Electronic Filing**

Hon. John L. Sinatra, Jr.
U.S. District Court, WDNY
2 Niagara Square
Buffalo, New York 14202

      **RE:**    **Spencer, et al. v. Nigrelli, et al.**
                  **6:22-cv-06486-JLS**

Dear Judge Sinatra:

     As the court is aware, I am local counsel for plaintiffs in the above-referenced matter. I intend to personally appear for the status conference scheduled for February 2, 2024 at 3:00 PM.

     However, my co-counsel from First Liberty Institute and Clement & Murphy are located out of state. (Likewise, counsel for the Chemung and Tompkins County District Attorneys are a considerable distance away.)

     I respectfully request the court's permission for out-of-area counsel to appear telephonically.

     This afternoon I emailed defendants' counsel regarding this request. Assistant Attorney General Daniel Maguire and Deputy Tompkins County Attorney Holly Mosher have indicated no objection. I have not yet had a response from Chemung County Attorney M. Hyder Hussein.

     I appreciate the court's consideration of this request. Please do not hesitate to contact me should the court have any questions or require anything further at this time.

Best Regards,

*/s/ Anjan K. Ganguly*
Anjan K. Ganguly