UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HIS TABERNACLE FAMILY CHURCH, INC. and MICHEAL SPENCER, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN G. JAMES, Superintendent of the New York State Police, in his official and individual capacities; WEEDEN A. WETMORE, District Attorney for the County of Chemung, New York, in his official and individual capacities; and MATTHEW VAN HOUTEN, District Attorney for the County of Tompkins, New York, in his official and individual capacities, <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No.: 6:22-cv-06486-JLS ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF MOTION FOR ATTORNEY'S FEES AND COSTS
UNDER 42 U.S.C. §1988 AND RULE 54(d)**

PLEASE TAKE NOTICE that, pursuant to 42 U.S.C. §1988 and Rule 54(d) of the Federal Rules of Civil Procedure, Plaintiffs His Tabernacle Family Church, Inc. and Micheal Spencer (collectively, "Plaintiffs") move the Court to award Plaintiffs their attorneys' fees and costs as prevailing parties in this matter. Plaintiffs' fair estimate of the total number of hours worked to date is 699.7. Plaintiffs' fair estimate of the value of these hours is $817,636.50.[1] Plaintiffs' costs to date are $7,166.60. In support of this motion, Plaintiffs submit the accompanying memorandum of law, declarations, and the attachments thereto.

---

[1] Should Defendants oppose this fee application, Plaintiffs intend to supplement this figure to include the fees and costs associated with preparing their reply brief. *See, e.g.*, *Hines v. City of Albany*, 862 F.3d 215, 222 (2d Cir. 2017) ("Prevailing parties under Section 1988 are … entitled to recover a reasonable fee for preparing and defending a fee application.").

| | |
|---|---|
| Dated: February 18, 2025 | Respectfully submitted, |
| | /s/ Anjan K. Ganguly |
| DAVID J. HACKER | ANJAN K. GANGULY |
| JEREMY DYS* | GANGULY BROTHERS, PLLC |
| RYAN GARDNER* | 140 Allens Creek Road |
| FIRST LIBERTY INSTITUTE | Suite 220 |
| 2001 West Plano Parkway | Rochester, NY 14618 |
| Suite 1600 | (585) 232-7747 |
| Plano, TX 75075 | |
| (972) 941-4444 | ERIN E. MURPHY* |
| | CLEMENT & MURPHY, PLLC |
| | 706 Duke Street |
| | Alexandria, VA 22314 |
| | (202) 742-8900 |
| *Pro hac vice | |
| | Counsel for Plaintiffs |